IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| **Encoditech LLC**, | Case No. 5:18:cv-01320-BKS-TWD |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Welch Allyn, Inc.** | |
| Defendant. | |

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME
TO COMPLETE THE CIVIL CASE MANAGEMENT PLAN AND SERVE THE
INITIAL DISCLOSURES**

IT IS HEREBY STIPULATED by the undersigned counsel for Encoditech LLC and Welch Allyn, Inc., subject to the approval of the court, that the parties' time to complete the Civil Case Management Plan and serve the Initial Disclosures in this action shall be extended for an additional thirty (30) days, to and including March 4, 2019.  The reason for this extension is because the parties have reached a settlement agreement in principal. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been set.

February 1, 2019

Respectfully submitted,

RANALLO LAW OFFICE

By:  */s/ Nicholas Ranallo*
Nicholas Ranallo
Ranallo Law Office
5058 57th Ave. South
Seattle, WA 98118
(831) 607-9229
nick@ranallolawoffice.com

*/s/ Isaac Rabicoff*
Isaac Rabicoff

*/s/ Kenneth Matuszewski*
Kenneth Matuszewski

        RABICOFF LAW LLC
        73 W Monroe St
        Chicago, IL 60603
        773-669-4590
        isaac@rabilaw.com
        kenneth@rabilaw.com

*Attorneys for Plaintiff*


By: /s/ Douglas J. Nash
Douglas J. Nash (511889)
Office and Post Office Address
Barclay Damon Tower
125 East Jefferson Street
Syracuse, New York 13202
(315) 425-2885
E-Mail: dnash@barclaydamon.com
On for
*Attorneys for Defendant*


SO ORDERED, this _____ day of _____, 2018


_____
U.S. District Court Judge